JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAIMEZ, <br>     Petitioner, <br> v. <br> LELAND McEWAN, Warden, <br>     Respondent. | No. CV 10-09445-MMM (AGR) <br><br> JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 30, 2012

_____
MARGARET M. MORROW
United States District Judge